No. 727. WASHINGTON STATE BOARD AGAINST DISCRIMINATION ET AL. *v.* O'MEARA ET AL.; and

No. 730. JONES ET AL. *v.* O'MEARA ET AL. Supreme Court of Washington. Certiorari denied. THE CHIEF JUSTICE and MR. JUSTICE STEWART are of the opinion that certiorari should be granted, the judgment vacated and the cases remanded to the Supreme Court of Washington to ascertain whether such judgment was based upon a nonfederal ground adequate to support it. *John J. O'Connell,* Attorney General of Washington, and *Herbert H. Fuller,* Deputy Attorney General, for petitioners in No. 727. *Francis Hoague* for petitioners in No. 730. Reported below: 58 Wash. 2d 793, 365 P. 2d 1.

No. 734. DELAWARE VALLEY MARINE SUPPLY CO. *v.* AMERICAN TOBACCO CO. ET AL. C. A. 3d Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Edwin P. Rome* for petitioner. *R. Sturgis Ingersoll, H. Francis DeLone, C. Brewster Rhoads, Joseph W. Swain, Jr.* and *J. B. H. Carter* for respondents.

No. 474, Misc. HARRELL *v.* CALIFORNIA ET AL. Supreme Court of California. Certiorari denied. Petitioner *pro se. Stanley Mosk,* Attorney General of California, *Doris H. Maier,* Assistant Attorney General, and *Edsel W. Haws,* Deputy Attorney General, for respondents.

No. 510, Misc. MUZA *v.* CALIFORNIA ET AL. Supreme Court of California. Certiorari denied. Petitioner *pro se. Stanley Mosk,* Attorney General of California, and *Robert R. Granucci,* Deputy Attorney General, for respondents.